# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., | No. CV-20-01487-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Humana Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 19), and good cause appearing,

**IT IS ORDERED granting** the Stipulation of Dismissal (Doc. 19). Plaintiff's claims against Defendant are dismissed with prejudice. The putative class's claims against Defendant are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 20th day of May, 2021.

Michael T. Liburdi
United States District Judge